CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 05 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTER FORGODS PRODUCTION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:15-CV-00024 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion to dismiss, Docket Nos. 5, is **GRANTED**. The plaintiff's complaint is **DISMISSED** without prejudice. The case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 5th day of May, 2015.

/s/ Glen Conrad
Chief United States District Judge